Michele Beckwith
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMVEER SINGH,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BARDINI, ET AL.,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:24-CV-01495-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

　　　　The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2019. USCIS has scheduled Plaintiff's asylum interview for April 3, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview. The parties further request that all other filing deadlines be similarly extended, and that the initial status conference, currently scheduled for April 11, 2025, be vacated and reset.

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 1, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: February 13, 2025                         MICHELE BECKWITH
                                                 Acting United States Attorney

                                           By:   /s/ ELLIOT C. WONG
                                                 ELLIOT C. WONG
                                                 Assistant United States Attorney


                                                 /s/ ASHWANI BHAKHRI
Dated: February 13, 2025                         Ashwani Bhakhri
                                                 Counsel for Plaintiff


ORDER

Pursuant to the parties' stipulation, and good cause appearing, the deadline for Defendants to file an answer or dispositive pleading is extended to August 1, 2025. The Scheduling Conference currently set for March 11, 2025, is CONTINUED to **September 16, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a joint scheduling report at least seven (7) days before the conference.

IT IS SO ORDERED.

Dated:   **February 18, 2025**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

2